```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
SUSAN FINGER,                                       :
                                                    :
                        Plaintiff,                  :
                                                    :      21 Civ. 8615 (JPC)
        -v-                                         :
                                                    :           Order
                                                    :
ACCELERON PHARMA, INC. et al.,                      :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint on October 20, 2021, but the docket reflects that the complaint was never served on the defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed.

The plaintiff must file a letter advising the Court why plaintiff has failed to serve the summons and complaint within the 90-day period, or, if the defendant has been served, when and in what manner such service was made. If the Court does not receive a letter by January 28, 2022, showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge